UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                     :     CASE NO 10-18631
                                                 CHAPTER 13
ANTHONY GREGORY MAYWEATHER
                                           :     JUDGE JEFFERY P. HOPKINS
    DEBTOR
                                           :     NOTICE OF TRANSMITTAL OF
                                                 UNCLAIMED FUNDS

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 918279 | $924.85 |

Creditor(s)
CAPITAL ONE AUTO FINANCE
P.O. BOX 201347
ARLINGTON, TEXAS 76006


    Respectfully submitted,

/s/    Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney No. OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH 45202
      (513) 621-4488
      (513) 621 2643 (Facsimile)
      mburks@cinn13.org - Correspondence only
      fdicesare@cinn13.org
      kperr@cinn13.org
      cincinnati@cinn13.org - Court Filings

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, October 21, 2011.

                         /s/    Margaret A. Burks, Esq.
                                   Margaret A. Burks, Esq.

CAPITAL ONE AUTO FINANCE
P.O. BOX 201347
ARLINGTON, TEXAS 76006

Debtor(s) Counsel
GOERING & GOERING
220 WEST 3RD STREET
CINCINNATI, OH  45202

Debtor(s)
ANTHONY GREGORY MAYWEATHER
493 CANVAS BACK CIRCLE
CINCINNATI, OH  45246

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

CAPITAL ONE AUTO FINANCE
P.O. BOX 260848
PLANO, TEXAS 75026-0848

Registry_Deposit_for_Creditor